| Prob 22 (9/00) | TRANSFER OF JURISDICTION | U.S. DISTRICT COURT E.D.N.Y. FILED SEP 30 2009 LONG ISLAND OFFICE | DOCKET NUMBER (Tran Court) 1:05CR263-1 |
|---|---|---|---|
| | | | DOCKET NUMBER (Rec Court) |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Lawrence Solin | | DISTRICT Middle District of North Carolina | DIVISION Winston-Salem |
| | WEINSTEIN, J. AZRACK, M. | NAME OF SENTENCING JUDGE The Honorable William L. Osteen, Sr. | |
| | | DATES OF PROBATION/SUPERVISED RELEASE | FROM 12/24/2008 — TO 12/23/2010 |
| OFFENSE Frauds and Swindles 18 U.S.C. §§1341 and 1342 | | | FILED APR 15 2010 IN THIS OFFICE Clerk U.S. District Court Greensboro, N.C. By ___ |

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the EASTERN DISTRICT OF NEW YORK upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

9/15/09  _____  James A. Beaty
Date                          United States District Judge

* This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE     EASTERN     DISTRICT OF     NEW YORK

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/31/10  _____  _____
Date                          United States District Judge

A TRUE COPY ATTEST
DATE 3/31 20 10
ROBERT C. HEINEMANN
BY ____ CLERK
DEPUTY CLERK

ENTERED 3/26/10